# FACT 2

EDDIE L. RICHARDSON  June 24, 2021
RICHARDSON vs KHARBOUCH

```
1           IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
2                       EASTERN DIVISION

3

4   EDDIE LEE RICHARDSON          )
    AKA HOTWIRE THE PRODUCER,     )
5                                 )   Case No.
                  Plaintiff,      )   1:19-CV-2321
6                                 )
            -vs-                  )   Judge Franklin U.
7                                 )      Valderrama
    KARIM KHARBOUCH               )
8   AKA FRENCH MONTANA,           )
                                  )
9                 Defendant.      )

10

11

12          The deposition of EDDIE LEE RICHARDSON,

13   called as a witness herein for examination, taken

14   pursuant to the Federal Rules of Civil Procedure of

15   the United States District Courts pertaining to the

16   taking of depositions, taken via Zoom

17   videoconference before ROSANNE M. NUZZO, a Notary

18   Public within and for the County of Will, State of

19   Illinois, and a Certified Shorthand Reporter of

20   said state, at 22513 Jackson Court, Richton Park,

21   Cook County, Illinois, on Thursday, June 24, 2021,

22   at 12:03 p.m.

23

24
```



```
 1   PRESENT (via videoconference):

 2

 3        TYIASE HASAN ATTORNEY-AT-LAW
          BY:   TYIASE HASAN, ESQUIRE
 4              info@tyiaseatlaw.com
          22 West Washington Street, Suite 1500
 5        Chicago, Illinois  60602
          312-468-7280
 6
               appeared on behalf of the Plaintiff
 7

 8

 9        ADLI LAW GROUP
          BY:   BEN JAKOVLJEVIC, ESQUIRE
10              ben.jakovljevic@adlilaw.com
          12400 Wilshire Boulevard, Suite 1460
11        Los Angeles, California  90025
          213-537-1680
12
               appeared on behalf of the Defendant
13

14

15

16

17

18   STENOGRAPHICALLY REPORTED BY:

19        Rosanne M. Nuzzo, CSR, RMR, CRR
               CSR License No. 84-1388
20

21

22

23

24
```



Page 61

```
1   about Hood Pushin' Weight in 2012?
2      A.   Reach out to me for?
3      Q.   Sorry.  So did anyone reach out to you
4   about Hood Pushin' Weight in 2012, saying they
5   wanted to purchase it or use it in any way?
6      A.   No, sir, not that I can recall.
7      Q.   What about 2013?
8      A.   No, sir, not that I can recall.
9      Q.   Okay.  So I'm directing you back to
10  Exhibit 2 now, and could you look at this, this
11  line here, and I'll read it into the record.  It
12  says:
13          "This beat was stolen by RICO LOVE
14      and is the original instrumental to
15      'Ain't Worried Bout Nothin' By French
16      Montana uploaded October 7th, 2012."
17          Do you see that?
18     A.   I do see that.
19     Q.   Did you write that?
20     A.   I did write that.
21     Q.   When did you write that?
22     A.   I do not recall.
23     Q.   Okay.  So is it your opinion that your
24  beat was stolen?
```

Page 62

```
1      A.   Yes.
2      Q.   When did you form this opinion?
3      A.   Sometime around May 2013.
4      Q.   How did you form that opinion?
5      A.   After hearing -- I'm sorry.
6          My beat was uploaded in 2012, and this
7   song came out in 2013, and they sound nearly
8   identical.  So that's how I formed the opinion.
9      Q.   Okay.  Do you remember where you were
10  when you first heard Ain't Worried About Nothin?
11     A.   I do not remember, sir.
12     Q.   Do you remember when it was?
13     A.   Do I remember the first time I heard
14  Ain't Worried About Nothin?
15     Q.   Yeah.
16     A.   No.  Sometime around May.
17     Q.   So here, you're saying that Rico Love
18  stole your beat.  Is it your opinion that Rico
19  Love stole your beat?
20     A.   It is my --
21         MR. HASAN:  Do you understand the question,
22  Eddie?
23         THE WITNESS:  Please rephrase the question,
24  sir.
```

Page 63

```
1   BY MR. JAKOVLJEVIC:
2      Q.   Did Rico Love steal your beat?
3      A.   He's getting credit for my beat.
4   I can't say he stole it.
5      Q.   Okay.  So you typed here that:
6          "This beat was stolen by RICO LOVE."
7          So to clarify it, do you now think that
8   he didn't steal it?
9      A.   Yes.
10     Q.   Okay.  So do you think that anybody
11  stole it?
12     A.   Someone did steal it, yes.
13     Q.   Okay.  So --
14     A.   I don't know who.
15     Q.   I'm sorry.  I'm sorry.  I cut you off.
16     A.   Someone did steal it.  I don't know
17  who.
18     Q.   Okay.  So at one point, you had the
19  opinion that Rico Love stole your beat, right?
20     A.   Yes.
21     Q.   Okay.  So what gave you that opinion?
22     A.   He is credited as the actual producer.
23     Q.   Okay.  How do you know that it was not
24  created independently?
```

Page 64

```
1      A.   The music sounds nearly identical, and
2   we have an expert witness on that.
3      Q.   How do you know it was not just
4   downloaded off another website?
5      A.   It wasn't uploaded -- it was only
6   uploaded to SoundClick.
7      Q.   Did you ever sell it as part of a beats
8   pack to anybody else besides SoundClick?
9      A.   No, sir.
10     Q.   How do you know it was not purchased
11  either through a beats pack or elsewhere?
12     A.   The song was only -- the beat was only
13  uploaded to SoundClick.
14     Q.   Okay.  Why didn't you sue Rico Love?
15         MR. HASAN:  Objection, privilege.
16         You don't have to answer that, Eddie.
17  BY THE WITNESS:
18     A.   I respect my counsel's decision.
19  I will not answer that question.
20  BY MR. JAKOVLJEVIC:
21     Q.   Did you ever plan to sue Rico Love?
22     A.   No.
23     Q.   Why not?
24     A.   He is --
```



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDDIE LEE RICHARDSON AKA HOTWIRE THE PRODUCER | ) ) ) ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | CASE NO: 1:19-CV-2321 |
| KARIM KHARBOUCH AKA FRENCH MONTANA; | ) ) ) ) ) | Hon. Franklin Valderrama Hon. Sheila Finnegan |
| Defendant. | ) | |

**PLAINTIFF'S RESPONSE TO THE FIRST SET OF REQUESTS TO ADMIT FROM DEFENDANT KARIM KHARBOUCH AKA FRENCH MONTANA**

NOW COMES Plaintiff, EDDIE LEE RICHARDSON AKA HOTWIRE THE PRODUCER, by and through his Counsel, **Tyiase Hasan,** *Esq*. of the **Law Office of Tyiase H. Hasan;** and pursuant to this Court's minute entry of 04/28/2021 (R.58), and all applicable provisions of the Federal Rules of Civil Procedure Plaintiff responds to the first set of requests to admit from the DEFENDANT KARIM KHARBOUCH AKA FRENCH MONTANA as follows:

**RESPONSES**

REQUEST FOR ADMISSION NO. 1:

Admit YOU have no direct evidence that DEFENDANTS copied HPW.

**RESPONSE TO REQUEST NO 1:**

Objection. The request is vague as to the term "direct evidence".

To the extent that any response is required, Plaintiff DENIES this REQUEST.

1

REQUEST FOR ADMISSION NO. 2:

Admit YOU have no direct evidence of the number of times DEFENDANTS have performed AWAN.

**RESPONSE TO REQUEST NO 2:**

Objection. The request is vague as to the term "direct evidence".

To the extent that any response is required, Plaintiff DENIES this REQUEST.

REQUEST FOR ADMISSION NO. 3:

Admit AWAN was published before YOU copyrighted HPW.

**RESPONSE TO REQUEST NO 3:**

Objection. The request is vague as to the term and "copyrighted". Further, the request appears to request Plaintiff to admit to a legal opinion. To the extent that any response is required, Plaintiff DENIES this REQUEST.

REQUEST FOR ADMISSION NO. 4:

Admit that by May 5, 2013, YOU believed that AWAN copied HPW.

**RESPONSE TO REQUEST NO 4:**

Objection. The request is vague as to the term "AWAN copied HPW".

To the extent that any response is required, Plaintiff states that he discovered that AWAN was a copy of HPW on or about May 5, 2013.

REQUEST FOR ADMISSION NO. 5:

Admit YOU were not the copyright owner of HPW at the time YOU contend it was copied by DEFENDANTS.

**RESPONSE TO REQUEST NO 5:**

Objection. The request is vague as to the term "copyright owner". Further, the request appears to request Plaintiff to admit to a legal opinion. To the extent that any response is required, Plaintiff DENIES this REQUEST.

REQUEST FOR ADMISSION NO. 6:

Admit any claims RELATED TO any remixes of AWAN are barred by the statute of limitations.

**RESPONSE TO REQUEST NO 6:**

Objection. The request is vague as to the term "any claims". Further, the request appears to request Plaintiff to admit to a legal opinion. To the extent that any response is required, the Plaintiff DENIES this REQUEST.

                              Tyiase Hasan, *Esq*.
                              Attorney for Plaintiff

**Tyiase Hasan,** *Esq***.**                          IL ARDC No. 6313009
**Law Office of Tyiase H. Hasan**
**20650 S. Cicero Ave. #2102**
**Matteson, IL 60443**
**(312) 468 – 7280**
**info@tyiaseatlaw.com**

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDDIE LEE RICHARDSON AKA HOTWIRE THE PRODUCER | ) ) ) ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | CASE NO: 1:19-CV-2321 |
| KARIM KHARBOUCH AKA FRENCH MONTANA; | ) ) ) ) | Hon. Franklin Valderrama Hon. Sheila Finnegan |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he caused a true and correct copies of Plaintiff's Responses to Defendant's First Set of Requests to Admit to be served on Defendant Kharim Kharbouch aka French Montana by serving the same on Counsels for Defendant:

Dariush Adli (ARDC No. 204959)
ADLI Law Group, P.C.
700 S. Flower Street, Suite 1220
Los Angeles, CA 90017
adli@adlilaw.com

Michele Katz (ARDC No. 6273985)
Advitam IP LLC
150 S. Wacker, Suite 2400
Chicago, IL 60606
mskdocket@advitamip.com

by email on this 18TH day of JUNE 2021.

**Law Office of Tyiase H. Hasan**
**20650 S. Cicero Ave. #2102**
**Matteson, IL 60443**
**(312) 468 - 7280**
**INFO@tyiaseatlaw.com**

Tyiase Hasan, *Esq*.
Counsel for Plaintiff
IL ARDC No. 6313009

4