IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDDIE LEE RICHARDSON AKA HOTWIRE THE PRODUCER <br><br> Plaintiff <br><br> v. <br><br> KARIM KHARBOUCH AKA FRENCH MONTANA <br><br> Defendant. | CASE NO: 1:19-CV-2321 <br><br> Judge Nancy Maldonado |

## AFFIDAVIT OF EDDIE LEE RICHARDSON IN SUPPORT OF HIS RESPONSE

I, Eddie Lee Richardson, the above-captioned Plaintiff on my oath state and depose the following statements of fact as being true and correct the best of my information and belief and if called to testify at trial I am competent to testify thereto:

1. I am a music producer. I actively promote myself as a music producer. I am the author of Hood Pushin Weight (HPW). I was sixteen years old when I created HPW and uploaded it to Soundclick.com on October 7, 2012. I registered HPW as a sound recording with the US Copyright Office on May 6, 2013.

2. HPW is a fixation of a multiple series of sounds that consist of the snare drum, 808, high hat, rim shot, cymbal, low brass, piano bells, tubular bells, kick drum, strings, soft leads, hard leads, and orchestra hits.

3. I hear the same series of sounds in Ain't Worried About Nothin (AWAN).

4. The remaining facts incorporated into, or in support of my Response are true and correct.

Further the Affiant Sayeth Not.

*Eddie Lee Richardson*

State of ILLINOIS )
                   ) SS.
County of COOK )

The undersigned, a notary public in and for the above county and state, certifies that EDDIE LEE RICHARDSON known to me to be the same person whose name is subscribed to the foregoing instrument appeared before me in person and acknowledged signing and delivering the instrument as his free and voluntary act, for the uses and purposes therein set forth.

Given under my hand and official seal on this 6th day of October 2023.

OFFICIAL SEAL
TYIASE HASAN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 10/24/2026

Notary Public

My commission expires 10/24/2026