## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SRu 1-122-402

**Effective date of registration:**

May 6, 2013

## Title

**Title of Work:** Eddie Richardson - Hotwire's Instrumentals

## Completion/Publication

**Year of Completion:** 2013

## Author

**Author:** Eddie Lee Richardson

**Pseudonym:** HotwireTheProducer

**Author Created:** sound recording, production, music

**Work made for hire:** No

**Citizen of:** United States      **Domiciled in:** United States

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Eddie Lee Richardson

20581 N. Celia Ave, Prairie View, IL, 60069, United States

## Rights and Permissions

**Name:** Eddie Lee Richardson

**Email:** eddierichardson94@gmail.com      **Telephone:** 708-910-4690

**Address:** 20581 N. Celia Ave

Prairie View, IL 60069 United States

## Certification

**Name:** Eddie Richardson

**Date:** May 6, 2013